# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**JOHN L. WAGER, JR.**

                V.           CASE NUMBER: 5:05-CV-1290(NAM/DEP)

**GERALD F. MOLLEN and
MARJORIE M. LYONS**

**[ ]**    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF pursuant to the Order of the Hon. Norman A. Mordue entered on October 13, 2005, dismissing this action pursuant to 28 U.S.C. §1915(e)(2)(B) and Local Rule 5.4(a).

DATED:    October 13, 2005

*[signature]*
Clerk of Court

LKB:lmp